United States Courts
Southern District of Texas
FILED

JAN 1 2 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

UNITED STATES OF AMERICA    §
           §
v.            §   CRIMINAL NO. **L-22-44**
           §
RODERICK DEWAYNE CHISLEY   §

**DS**

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about **December 17, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### RODERICK DEWAYNE CHISLEY,

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about **December 17, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### RODERICK DEWAYNE CHISLEY,

knowing and in reckless disregard of the fact that HECTOR ARRUE-OCAMPO was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation

and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT THREE

On or about **December 17, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### RODERICK DEWAYNE CHISLEY,

knowing and in reckless disregard of the fact that JOSE VILLATORO-PELICO was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

David Fawcett
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET    NO. L-22-44

<u>__LAREDO__</u>    DIVISION

FILE: 21-09266.          MAG#:  21-02647            Judge:_____
<u>INDICTMENT</u>    Filed: <u>January 12, 2022</u>

UNITED STATES OF AMERICA

VS.

**RODERICK DEWAYNE CHISLEY**

ATTORNEYS:

<u>JENNIFER B. LOWERY, USA</u>
<u>DAVID FAWCETT, AUSA</u>

**CHARGES:**

Count.1:      Conspiracy to transport an undocumented alien within the United States
             [8 USC 1324 (a)(1)(A)(ii) and (v)(I)]
Counts 2-3:   Transport and Attempt to transport an undocumented alien within the United
             States for financial gain
             [8 USC 1324(a)(1)(A)(ii)]

**TOTAL COUNTS: 3**

**PENALTY:**
Counts 1-3:          0 to 10 years and/or $250,000 Fine, $100 special assessment,
                     $5,000 special assessment, not more than a three (3)-year term of
                     supervised release [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: